IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (859) 629-8387, THAT IS STORED AT PREMISES CONTROLLED BY CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS | Case No. 5:23-MJ-5124-MAS<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Russel King, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for information associated with a certain cellular telephone assigned call number (859) 629-8387, ("the Subject Phone"), that is stored at premises controlled by Cello Partnership b/b/a Verizon Wireless (hereinafter Verizon), a wireless telephone service provider headquartered at 180 Washington Valley Road, Bedminster, New Jersey 07921. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require Verizon to disclose to the government copies of the information further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter ATF) and have been so employed since 2005. In that capacity, I am authorized to apply for a warrant under Rule 41 of the Federal Rules of Criminal Procedure. I am a federal law enforcement officer as defined in Rule 41(a)(2)(C).

3. I am currently assigned to the Lexington Field Office and have so been since May 2005. My current duty assignment includes, but is not limited to, investigating violations of Federal firearms, arson and explosives laws. Prior to my current assignment with the ATF, I was a Special Agent with the United States Secret Service from approximately 2000 to 2005. I was also employed as a Border Patrol Agent with the United States Border Patrol from approximately 1998 to 2000.

4. I am authorized and have the responsibility to investigate and arrest persons for violations of Federal law, to include the below listed offenses, as are included in the Federal Criminal Code:

1) Title 18, U.S.C., Section 922(u) – Stealing or unlawfully taking or carrying away from the premises of a business, licensed to engage in the business of dealing in firearms, firearms that have been shipped or transported in interstate and/or foreign commerce.

2) Title 18, U.S.C., Section 922(j) – Possession of stolen firearms that have been shipped or transported in interstate and/or foreign commerce, knowing that the firearms were stolen.

5. During my time as a Criminal Investigator, I have investigated violations of the Federal Firearms Laws, including cases that involved the theft, unlawful trafficking, and criminal possession and use of firearms by prohibited persons. I have also participated in various aspects of federal investigations, including interviewing defendants, witnesses, and cooperating sources. I have conducted surveillance, to include physical, mobile, and technical surveillance. I have attended specialized training in the forensic extraction and analysis of electronic information, specifically cellular phones and mobile devices.

6. Additionally, during my tenure as a Criminal Investigator, I have investigated and participated in the investigation of thefts of firearms from Federal Firearms Licensees (FFLs),

which are business entities licensed by the Federal government to engage in the business of buying and selling firearms for profit.

8. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

9. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 922(u), and 922(j), as listed above have been committed, are being committed, and will be committed by a suspect identified as Ricardo Chavez (hereinafter Chavez). There is also probable cause to search the information described in Attachment A for evidence of these crimes as further described in Attachment B.

## PROBABLE CAUSE

10. In my training and experience, I have learned that Verizon is a company that provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than

other types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

11.     Based on my training and experience, I know that **Verizon** can collect cell-site data about the Subject Phone. I also know that wireless providers such as **Verizon** typically collect and retain cell-site data pertaining to cellular phones to which they provide service in their normal course of business in order to use this information for various business-related purposes. In this particular case, on March 16, 2023, a letter requesting records preservation was sent to Verizon for the Subject Phone. Verizon responded that said preservation request was received and the records available are preserved pending issuance of legal demand. On March 17, 2023, Investigators confirmed with Verizon that the Subject Phone is supplied service by Verizon. Affiant is also aware that Verizon retains tower locations as they relate to call history for one (1) rolling calendar year.

12.     Based on my training and experience, I also know that Verizon collects per-call measurement data, which Verizon also refers to as the "real-time tool" ("RTT"). RTT data estimates the approximate distance of the cellular device from a cellular tower based on the speed with which signals travel between the device and the tower. This information can be used to estimate an approximate location range that is more precise than typical cell-site data.

13.     Based on my training and experience, I know that wireless providers such as Verizon typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service. I also know that wireless providers such as Verizon typically collect and retain information about their subscribers' use of the wireless

service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the Subject Phone's user or users and may assist in the identification of co-conspirators.

### Burglary at Dan's Discount Jewelry, Richmond, Kentucky

14. On January 4, 2023, at approximately 4:40 AM Eastern Standard Time, a burglary occurred at Dan's Discount Jewelry and Pawn, a Federal Firearms Licensee (FFL) located at 1101 Kim Kent Drive in Richmond, Kentucky. The store was accessed by two suspects wearing face coverings and gloves. At the time of the burglary, this business was closed and, with the exception of the perpetrators, unoccupied.

15. The affected FFL was equipped with a video surveillance system. Upon review of the video captured by this system at the time of the burglary, investigators observed the entry made inside the FFL by the two (2) suspects. The suspects came equipped with tools that allowed them to defeat locked doors and containers. The subjects made their way onto the business property by cutting a chain link fence at the rear of the property and then forced entry into the FFL by breaching a locked rear door.

16. The suspects proceeded to breach a second locked door, giving them access to a room where numerous firearms are stored where they loaded approximately sixty (60) firearms into two (2) separate duffle bags that were brought with them.

17. As the suspects were exiting the rear of the building, Richmond Police Department Officers arrived on scene after having been alerted by the business' alarm system.

18. While the suspects evaded capture by law enforcement, responding officers located the aforementioned duffel bags containing firearms. Surveillance video obtained from a neighboring business captured two subjects running through an empty field in an area behind Dan's Discount at around the time that the suspects would have been fleeing after the burglary. The suspects were running toward the East Ridge Apartments where they disappeared from view.

19. Although the majority of the stolen firearms were recovered by responding law enforcement at the scene, a subsequent inventory of the firearms by the FFL revealed that the suspects had successfully stolen at least two (2) handguns.

20. In a further review of surveillance videos provided by Dan's Discount, capturing the burglary of firearms from various angles inside the business, investigators were able to make certain observations that led them to believe that at least one of the perpetrators was in possession of a mobile device.

## Search Warrant Issued for Information Possessed by Google LLC

21. Based on the above listed observations, Affiant petitioned and secured a search warrant authorizing a search of Google LLC records for devices found present within certain geographical points that encompassed the affected Dan's Discount Jewelry for the date and time when the burglary occurred. This search warrant was served on or about January 17, 2023. On or about January 24, 2023, Google responded to the warrant with information regarding a device that was present in the geofence at the time of the burglary. Follow up disclosure from Google revealed that the device is associated with a Google Pay account, which listed the Google subscriber information. The subscriber data identified the user of the account and the following information:

**Christopher Taylor**
4340 Simpson Lane
Richmond, KY 40475
Google Account ID 824701023636

Email: carolina1984x@gmail.com

### Burglary at Bypass Gold and Pawn LLC, Winchester, Kentucky

22. On February 8, 2023, at approximately 3:45 AM Eastern Standard Time, a burglary occurred at Bypass Gold and Pawn LLC, an FFL located at 203 Breeze Hill Drive in Winchester, Kentucky. The store was accessed by a solitary suspect wearing a face covering and gloves. At the time of the burglary, this business was closed and, with the exception of the perpetrator, unoccupied.

23. The affected FFL is equipped with a video surveillance system. Upon review of the video captured by this system at the time of the burglary, investigators observed the entry made inside the FFL by the suspect. The suspect came equipped with a tool or tools that allowed them to defeat locked doors and containers. The subject made their way to the rear of Bypass Gold and Pawn LLC from a business across from the FFL and then forced entry by breaching a locked back door. The suspect was observed equipped with a backpack and suitcase, with the suitcase used to aid in the cartage of stolen firearms from the business.

24. Once inside the business, the suspect proceeded through a side storage room and directly to a glass display case in the pawn shop showroom where handguns were displayed. The suspect utilized what appeared to be a crowbar to breach the display case, and was observed removing handguns, placing them into the aforementioned suitcase.

25. While conducting this activity, an object that appeared to be a firearm was observed tucked in the suspect's waistband. The suspect was then observed retracing his steps and exiting from the rear door of the business at approximately 3:47 AM.

### Interstate Nexus of Stolen Firearms

26. The firearms stolen from Dan's Discount Jewelry and Pawn on January 4, 2023 are listed as follows:

      a. Canik, model TP9 Elite SC, 9mm caliber pistol bearing serial number 22CB17258

      b. Glock, model 43X 9mm caliber pistol bearing serial number BPTS934

27.    These firearms were discussed with ATF interstate nexus expert Special Agent Ryan Caudill who preliminarily determined that the firearms were not manufactured in the Commonwealth of Kentucky, and that they have traveled in interstate or foreign commerce.

28.    The firearms stolen from Bypass Gold and Pawn LLC on February 8, 2023 are listed as follows:

      a. SigSauer, model P230, .380 caliber pistol bearing serial number S116578

      b. HiPoint, model JCP, .40 caliber pistol bearing serial number 7299083

      c. Ruger, model MkIV, .22LR caliber pistol bearing serial number 500355361

      d. Springfield Armory, Ultra Compact, .45 caliber pistol bearing serial number N358029

      e. Taurus, model GX4 9mm pistol bearing serial number IGC30092

      f. Glock, model 43X, 9mm pistol bearing serial number B2DEI47

      g. Glock, model 45 9mm caliber pistol bearing serial number BTHA818

      h. Ruger model LCP .380 caliber pistol bearing serial number 372176348

      i. Springfield Armory, model Hellcat 9mm caliber pistol bearing serial number AT244798

29.    These firearms were discussed with ATF interstate nexus expert Special Agent Ryan Caudill who preliminarily determined that the firearms were not manufactured in the Commonwealth of Kentucky, and that they have traveled in interstate or foreign commerce.

30.     Both Dan's Discount Jewelry and Pawn LLC and Bypass Gold and Pawn are Federal Firearms Licensees of record, which are business entities licensed by the federal government to engage in the business of buying and selling firearms for profit.

### Contact with Christopher Taylor

31.     On February 10, 2023, ATF Special Agents Jack Morgan and Brad Brasher met with Detectives Tyler Short and Daniel Toth with the Richmond Police Department.  Law enforcement officials discussed the results of the search warrant documents received from Google, listed above in paragraph 21, that revealed that the account associated with the geofence warrant return belonged to "Chris Taylor".  Upon conducting a criminal history query for Christopher Taylor, law enforcement discovered a state bench warrant for Mr. Taylor that was issued on November 3, 2022, by the Anderson Circuit Court for five (5) counts of Burglary 3rd, five (5) counts of Criminal Mischief 3rd, Possession of Burglary Tools, five (5) counts of Theft by Unlawful Taking, and miscellaneous vehicle violations.  It was also discovered that Christopher Taylor had previously been convicted of a felony in Anderson Circuit Court Case #21-CR-0032, where he was adjudicated guilty of Burglary in the 3rd Degree.

32.     Investigators traveled to Christopher Taylor's address, listed at 4340 Simpson Lane, and made contact with Mr. Taylor's girlfriend, Martha Fowler.  Fowler claimed that Mr. Taylor had gone to a drug rehab facility three weeks ago.  Detectives and Agents drove off and contacted the drug rehabilitation facility and learned that this facility had been closed for over a month.

33.     Detectives and Agents returned to the house and knocked on the rear door.  Martha Fowler answered the door. Agents explained to Fowler that the rehab facility was closed.  Fowler was asked again if Christopher Taylor was in the house, and Fowler, again, replied that he was

not. Fowler subsequently gave law enforcement permission to look inside the residence. Detectives and Agents went inside the home and, after several minutes, found Christopher Taylor hiding in the attic. Taylor was wearing a black Fox baseball hat which appeared to be the same type of hat worn by one of the suspects in the surveillance video from the Dan's Discount Jewelry and Pawn burglary on January 4, 2023.

34. Outside the residence at 4340 Simpson Lane, Detectives and Agents also observed several items in plain view that were seen in surveillance video from the Bypass Gold and Pawn LLC burglary on February 8, 2023. These items included a blue crowbar, footwear, a luggage bag on wheels, and a backpack.

35. Taylor was arrested by local authorities pursuant to the outstanding Anderson Circuit Court bench warrant and placed in a marked police vehicle. Christopher Taylor was advised of his Miranda rights and said he did not want to talk to investigators prior to speaking to an attorney. Taylor remained on scene at 4340 Simpson Lane. After approximately thirty minutes, Taylor initiated contact with law enforcement, now stating that he had changed his mind and would like to speak to investigators. Christopher Taylor was transported to the Richmond Police Department where he was read his Miranda rights again. At that time, Taylor agreed to speak with investigators. Taylor confessed to his role in the commission of the theft of firearms from Dan's Discount Jewelry and Pawn on January 4, 2023 and Bypass Gold and Pawn LLC on February 8, 2023. He advised the firearms stolen from Dan's Discount were no longer in his possession; however, Taylor advised that four (4) of the firearms stolen from Bypass Gold and Pawn were at his residence at 4340 Simpson Lane in Richmond, Kentucky.

36. Mr. Taylor said 4340 Simpson Lane was his primary residence and the Chevrolet truck belonged to him although it had not been transferred because it was recently purchased. He

said one of the stolen firearms was in the truck and three others were in the closet of his master bedroom.

### Execution of Search Warrant at 4340 Simpson Lane, Richmond, Kentucky

37. Continuing on February 10, 2023, a federal search warrant was issued and executed at Taylor's residence at 4340 Simpson Lane in Richmond, Kentucky. The search of this residence yielded evidence linking Taylor to both FFL burglaries referenced in this Affidavit. This evidence included, but was not limited to, burglary tools observed on store surveillance cameras, clothing and disguises used during the commission of the burglaries as observed on store surveillance cameras, and three (3) of the firearms that were stolen from Bypass Gold and Pawn.

### Second Interview of Christopher Taylor

38. On March 13, 2023, a second interview was conducted with Taylor concerning additional details about the burglaries at Dan's Discount and Bypass Gold and Pawn.

39. Taylor stated that the Bypass Gold and Pawn burglary in Winchester, Kentucky was carried out by him, with assistance from Ricardo Chavez. According to Taylor, Chavez provided transportation to and from the burglary. Taylor stated that Chavez had an associate or associates who would pay money for firearms, and it was agreed that they would liquidate the stolen firearms through this channel. Taylor described these contacts, who are unknown to him, as Cuban nationals who reside at or frequent a location in Louisville, Kentucky. Taylor described this location as a walled and gated property that appeared to be used for automotive or construction purposes. Taylor could provide no further identifying information regarding the Cubans or their location in Louisville.

40. Taylor stated that during the Bypass Gold and Pawn burglary, Chavez drove a white in color Mercedes sedan that Chavez had recently acquired. Chavez used the Mercedes to drop

Taylor off at a location near the business. Chavez then traveled to Interstate 64 where he parked on the shoulder of the eastbound side of the freeway, north of the business[1]. According to Taylor, Chavez was to wait there for Taylor to complete the burglary. Once the burglary was complete, Taylor was to travel by foot and meet up with Chavez.



41. Taylor acknowledged that he and Chavez were in possession of cell phones before, during, and after the burglary for communication purposes.

42. Taylor stated that he and Chavez split the stolen firearms between them, and that he accompanied Chavez and the stolen firearms to the aforementioned Cubans in Louisville either

---

[1] This location was approximately a half mile across a field from the business (see map).

the day of the burglary, or one or two days after the burglary occurred. Here, Taylor stated that the Cubans purchased some of the firearms that Chavez brought but did not purchase the firearms that he, Taylor, brought.

### Forensic Examination of Cellular Phone Used by Christopher Taylor

43. On March 14, 2023, ATF S/A Cassandra Mullins, an ATF Digital Media Collection Specialist (DMCS), conducted a forensic examination/image of a cellular device seized during the investigation. The device, a Samsung Galaxy S8 cellular phone cellular with a Serial Number of RF8J425MP1A and an IMEI Number of 358330082508127, was identified as belonging to Taylor.

44. Agents reviewed the contents of the forensic examination and discovered evidence relevant to the Bypass Gold and Pawn burglary on February 8, 2023. On that date, Agents located a text communication exchange between Taylor and a contact in his phone listed as "Chavez." This communication exchange came at 3:49 A.M. in which Chavez stated "There's cops all over". It should be noted that this would have been during the time of the burglary of the FFL, and it seemed to indicate that Chavez was able to observe law enforcement response to said burglary. This text communication was sent from Chavez, using the Subject Phone, to Taylor, as shown below.

| 97 | IMS Service | +18596298387 Chavez* | +18592851906 | Timestamp: 2/8/2023 3:49:05 AM(UTC-5) Delivered: 2/8/2023 3:49:05 AM(UTC-5) | Direction: Incoming Body: There's cops all over Participants: Participant / Delivered / Read / Played +18592851906 Source Extraction: Physical, Advanced Logical Source file: data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 0x40A8A (Table: sms; Size: 303104 bytes) Status: Read Message Type: SMS Folder: Inbox |

45. Further, the examination revealed two additional telephonic communication events during the time of the burglary. The first is an answered call from Taylor to Chavez that lasted

approximately seventeen (17) seconds at 3:51 A.M. The second is a missed call from Chavez to Taylor at 3:55 A.M. These communication events also involved the Subject Phone, as shown below.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 79 | From:<br>+18596298387<br>Chavez<br>Direction:<br>Incoming | 2/8/2023<br>3:55:30 AM(UTC-5) | 00:00:00 | Missed | | | Source:<br>Source Extraction: Physical, Advanced Logical<br>Source file:<br>data/Root/data/com.android.providers.contacts/databases/calllog.db : 0x2F7C3 (Table: calls; Size: 442368 bytes) |
| 80 | To:<br>+18596298387<br>Chavez<br>Direction:<br>Outgoing | 2/8/2023<br>3:51:35 AM(UTC-5) | 00:00:17 | Answered | | | Source:<br>Source Extraction: Physical, Advanced Logical<br>Source file:<br>data/Root/data/com.android.providers.contacts/databases/calllog.db : 0x2F94C (Table: calls; Size: 442368 bytes) |

      46.      In addition to these communications, Taylor and Chavez were observed on other occasions communicating about firearms using the Subject Phone. In one such instance, on February 3, 2023, Taylor asked Chavez to "hit your dude up who buys the guns", appearing to ask Chavez to contact an acquaintance about purchasing firearms from him. In conjunction with this request, Taylor attached photographs of two other firearms that he wanted to keep. Below are captures of this communication.

| # | Source | From | To | Timestamp | Details | |
|---|---|---|---|---|---|---|
| 293 | IMS Service | +18596298387 Chavez* | +18592851906 | Timestamp: 2/3/2023 6:21:48 PM(UTC-5)<br><br>Delivered: 2/3/2023 6:21:48 PM(UTC-5) | Direction: Incoming<br>Body: Is that a 9<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>+18592851906<br><br>Source Extraction: Physical, Advanced Logical<br>Source file: data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 0x36ABF (Table: sms; Size: 303104 bytes)<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | |
| 294 | | | +18596298387 Chavez * | Timestamp: 2/3/2023 6:15:00 PM(UTC-5) | Direction: Outgoing<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>+18596298387 Chavez<br><br>Attachments:<br><br>Resized_20230203_181426.jpeg<br><br>Source Extraction: Advanced Logical<br>Source file: Attachments/0/Resized_20230203_181426.jpeg : (Size: 530681 bytes)<br>Status: Sent<br>Message Type: MMS<br>Folder: Sent | |
| 295 | IMS Service | +18592851906 | +18596298387 Chavez* | Timestamp: 2/3/2023 6:13:27 PM(UTC-5) | Direction: Outgoing<br>Body: Keeping these<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>+18596298387 Chavez<br><br>Source Extraction: Physical, Advanced Logical<br>Source file: data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 0x36B5A (Table: sms; Size: 303104 bytes)<br>Status: Unsent<br>Message Type: SMS<br>Folder: Outbox | |

| # | Service | From | To | Timestamp | Details |
|---|---------|------|-----|-----------|---------|
| 296 | IMS Service | +18592851906 | +18596298387 Chavez* | 2/3/2023 6:13:20 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** Selling those<br>**Participants:** Participant / Delivered / Read / Played<br>+18596298387 Chavez<br>**Source Extraction:** Physical, Advanced Logical<br>**Source file:** data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 0x36BE4 (Table: sms; Size: 303104 bytes)<br>Status: Unsent<br>**Message Type:** SMS<br>**Folder:** Outbox |
| 297 | | | +18596298387 Chavez * | 2/3/2023 6:13:13 PM(UTC-5) | **Direction:** Outgoing<br>**Participants:** Participant / Delivered / Read / Played<br>+18596298387 Chavez<br>**Attachments:** Resized_20230203_181235.jpeg<br>**Source Extraction:** Advanced Logical<br>**Source file:** Attachments/0/Resized_20230203_18(duplicate_filename_4).jpeg : (Size: 461939 bytes)<br>Status: Sent<br>**Message Type:** MMS<br>**Folder:** Sent |

322

| 298 | IMS Service | +18592851906 | +18596298387 Chavez* | Timestamp: 2/3/2023 6:05:43 PM(UTC-5) | Direction: Outgoing<br>Body: I can't right now, maybe here in a lil bit<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>+18596298387 Chavez<br><br>Source Extraction: Physical, Advanced Logical<br>Source file: data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 0x36C6E (Table: sms; Size: 303104 bytes)<br>Status: Unsent<br>Message Type: SMS<br>Folder: Outbox | |
|---|---|---|---|---|---|---|
| 299 | IMS Service | +18596298387 Chavez* | +18592851906 | Timestamp: 2/3/2023 6:04:12 PM(UTC-5)<br><br>Delivered: 2/3/2023 6:04:12 PM(UTC-5) | Direction: Incoming<br>Body: Ok u want to meet in lex<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>+18592851906<br><br>Source Extraction: Physical, Advanced Logical<br>Source file: data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 0x36D15 (Table: sms; Size: 303104 bytes)<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | |
| 300 | IMS Service | +18592851906 | +18596298387 Chavez* | Timestamp: 2/3/2023 6:03:42 PM(UTC-5) | Direction: Outgoing<br>Body: I'll send you a pic and I'm at home<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>+18596298387 Chavez<br><br>Source Extraction: Physical, Advanced Logical<br>Source file: data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 0x36DBE (Table: sms; Size: 303104 bytes)<br>Status: Unsent<br>Message Type: SMS<br>Folder: Outbox | |

| 301 | IMS Service | +18596298387 Chavez* | +18592851906 | Timestamp: 2/3/2023 6:01:04 PM(UTC-5)<br>Delivered: 2/3/2023 6:01:04 PM(UTC-5) | Direction: Incoming<br>Body: Where you at<br>Participants:<br>Participant   Delivered   Read   Played<br>+18592851906<br>Source Extraction: Physical, Advanced Logical<br>Source file: data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 0x36E5E (Table: sms; Size: 303104 bytes)<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | |
| 302 | IMS Service | +18596298387 Chavez* | +18592851906 | Timestamp: 2/3/2023 6:00:53 PM(UTC-5)<br>Delivered: 2/3/2023 6:00:53 PM(UTC-5) | Direction: Incoming<br>Body: Ok what you got<br>Participants:<br>Participant   Delivered   Read   Played<br>+18592851906<br>Source Extraction: Physical, Advanced Logical<br>Source file: data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 0x36EF9 (Table: sms; Size: 303104 bytes)<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | |
| 303 | IMS Service | +18592851906 | +18596298387 Chavez* | Timestamp: 2/3/2023 5:52:52 PM(UTC-5) | Direction: Outgoing<br>Body: You should hit your dude up that buys the guns<br>Participants:<br>Participant   Delivered   Read   Played<br>+18596298387 Chavez<br>Source Extraction: Physical, Advanced Logical<br>Source file: data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 0x36F99 (Table: sms; Size: 303104 bytes)<br>Status: Unsent<br>Message Type: SMS<br>Folder: Outbox | |

47. Based on statements made by Christopher Taylor concerning the burglary of Bypass Gold and Pawn in Winchester, Kentucky on February 8, 2023, and corroborating evidence found in the form of text messaging and phone communications between Taylor and Chavez on the date and time of the burglary, I believe that Verizon possesses data collected from Chavez's communications that will constitute evidence of his involvement in this crime. Particularly, I believe that this data will tend to confirm Chavez's location during the time of the burglary and his movements before, during, and after the burglary, potentially aiding investigators in identifying other co-conspirators.